# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES W. BROWN and <br> PATTY N. BROWN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEWFIELD EXPLORATION <br> MID-CONTINENT, INC., <br><br> Defendant, | ) <br> ) <br> ) <br> ) Case No. CIV-19-600-G <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

It is stipulated by the Parties according to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Plaintiff, Charles W. and Patty N. Brown, LLC, may dismiss claims it has asserted against Defendant, Ovintiv Mid-Continent Inc. f/k/a Newfield Exploration Mid-Continent Inc., without action of the Court. The parties hereby stipulate that Plaintiff's claims against Defendant arising from Defendant's alleged improper withholdings and deductions have been resolved via confidential settlement agreement and are dismissed with prejudice. Each party shall bear its own costs, attorney's fees, and litigation expenses.

Respectfully submitted,

*/s/ Allison K. Lubbers*
Conner L. Helms, OBA No. 12115
Allison K. Lubbers, OBA No. 35170
HELMS LAW FIRM
One NE Second Street, Suite 202
Oklahoma City, Oklahoma 73104
conner@helmslegal.com
allison@helmslegal.com
Telephone: (405) 319-0700
Facsimile: (405) 319-9292
***ATTORNEYS FOR PLAINTIFF***

*/s/ Timothy J. Bomhoff (with permission)*
Timothy J. Bomhoff, OBA No. 13172
Patrick L. Stein, OBA No. 30737
Laura J. Long, OBA No. 22215
MCAFEE & TAFT
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
tim.bomhoff@mcafeetaft.com
patrick.stein@mcafeetaft.com
laura.long@mcafeetaft.com
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF MAILING

      I hereby certify on the 22nd day of January, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

      */s/ Allison K. Lubbers*
      Allison K. Lubbers